THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GARY GOODWIN, Appellant

(Appeal from Judgment of Supreme Court, Monroe

County, Mark, J.—Rape, 1st Degree.) Present—Callahan, J. P., Doerr, Green, Lawton and Davis, JJ.